**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____   Case No. _____

CRUZ OLIVO, REGINO _____   Chapter 13 _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 7/08/2011　　　　　　　　　　　☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION　　　　　　　Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ 650.00 x 5 = $ 3,250.00
$ 750.00 x 19 = $ 14,250.00
$ 875.00 x 12 = $ 10,500.00
$ 1,000.00 x 12 = $ 12,000.00
$ 1,135.00 x 12 = $ 13,620.00

TOTAL: $ 53,620.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ 53,620.00

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,845.00

Signed: /s/ REGINO CRUZ OLIVO
　　　　Debtor

_____
Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. SCOTIABANK　　　Cr. _____　　Cr. _____
# 1409640　　　　　　# _____　　　# _____
$ 3,000.00　　　　　　$ _____　　　$ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. IRS　　　　　　　Cr. _____　　Cr. _____
# 4384　　　　　　　 # _____　　　# _____
$ 16,858.00　　　　　$ _____　　　$ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____　　　Cr. _____　　Cr. _____
# _____　　　　# _____　　　# _____
$ _____　　　　$ _____　　　$ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
MEDICOOP
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
SCOTIABANK
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
　　　　　　　　☐ Paid 100% / ☐ Other: _____
Cr. _____　　　Cr. _____　　Cr. _____
# _____　　　　# _____　　　# _____
$ _____　　　　$ _____　　　$ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
See Continuation Sheet

Attorney for Debtor Jose Prieto _____ Phone: (787) 607-2066 _____

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|                                  | Cr              | #   | $   |
|----------------------------------|-----------------|-----|-----|
| **Executory Contracts - Rejected:** | BPPR            |     |     |
|                                  | FIRST BANK OF PR |     |     |

**IN RE** CRUZ OLIVO, REGINO                                              Case No. _____
                               Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 2 of 2**

FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL CONTINUE DIRECT PAYMENT TO DSO RECIPIENT

DEBTOR REJECTS LEASE WITH BPPR.(2006 MERCEDES C230).  DEBTOR REJECTS LEASE WITH FIRST BANK MITSUBICHI MONTERO.

DEBTOR SURRENDER SHARES TO MEDICOOP.

DEBTOR CONSENTS LIFT OF STAY IN FAVOR IN FAVOR OF FIRST BANK (MITSUBISCHI LANCER 2005)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only